UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TERRY LEE FORD

CASE NO. 95-798-CR-KING

Petitioner / Defendant,

vs.

UNITED STATES OF AMERICA,

Respondent / Plaintiff.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO REDUCE SENTENCE

THIS CAUSE is before the Court upon Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (D.E. # 88), filed March 11, 2008.

Upon review of Defendant's Motion to Reduce Sentence and the Government's Response, Defendant's sentence shall be reduced from 211 months to 188 months in accordance with Amendment 706 and 18 U.S.C. § 3582(c)(2).

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED and ADJUDGED that Defendant's Motion to Reduce Sentence (**D.E. # 88**) be, and the same is hereby, **GRANTED**. Defendant's sentence entered on March 16, 1997 of 211 months shall be reduced to 188 months.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of May, 2008.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**<u>Defendant</u>**
Terry Lee Ford, *Pro se*
Reg. No. 49182-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Noticing FPD
Email: FLS_ECF@FD.org

**<u>Attorney for Plaintiff</u>**
Todd William Mestepey
*United States Attorney's Office*
99 NE 4 Street
Miami, FL 33132
305-961-9013
Fax: 530-7976
Email: todd.w.mestepey@usdoj.gov